IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BROTHERHOOD MUTUAL INSURANCE COMPANY, a/s/o Vietnamese Alliance Church (C&MA) | : : : : | CIVIL ACTION |
| v. | : : | |
| DANELLA COMPANIES, INC., d/b/a DANELLA CONSTRUCTION CORP., et al. | : : | NO. 15-1906 |

## ORDER

AND NOW, this 8th day of June, 2016, upon consideration of defendants Philadelphia Facilities Management Corporation ("PFMC"), designated as Philadelphia Facilities Management Company on the docket, and Philadelphia Gas Works' ("PGW") motion to dismiss Brotherhood Mutual Insurance Company's third amended complaint and Danella Companies, Inc.'s cross-claim (docket entry #42), and Brotherhood Mutual's response in opposition thereto, and Danella Companies, Inc. having failed to timely file a response, and for the reasons set forth in our foregoing Memorandum, it is hereby ORDERED that:

1. PGW and PFMC's motion to dismiss Brotherhood Mutual's third amended complaint (docket entry #42) is GRANTED;

2. PGW and PFMC's motion to dismiss Danella's cross-claim (docket entry #42) is GRANTED AS UNOPPOSED; and

3. The Clerk of Court shall MARK defendants and cross-defendants PGW and PFMC as TERMINATED on the docket.

BY THE COURT:

Stewart Dalzell, J.